### 8808. FULLWOOD v. THE STATE.

WADE, C. J. 1. The evidence amply sustained the verdict.

2. There is no merit in any of the special grounds of the motion for a new trial. *Judgment affirmed. George and Luke, JJ., concur.*

DECIDED AUGUST 3, 1917.

Indictment for felony—issue of insanity at time of trial; from Hancock superior court—Judge Park. April 9, 1917.

*John R. Cooper,* for plaintiff in error.

*Doyle Campbell,* solicitor-general, contra.